In the Matter of the Accounting of LUNA A. McMILLAN, as Committee of the Person and Estate of CHARLES E. J. McMILLAN, an Incompetent Person, now Deceased.

LUNA A. McMILLAN, as Committee, et al., Appellants; CAROLINE J. SMITH et al., Respondents.

*Matter of McMillan*, 126 App. Div. 155, affirmed.

(Argued November 10, 1908; decided November 24, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 8, 1908, which reversed a judgment of the Livingston County Court settling the accounts of Luna A. McMillan, as committee, and directing distribution of the estate of the incompetent herein.

*Edwin A. Nash, Kidder M. Scott* and *George W. Atwell* for appellants.

*George B. Adams* and *Lockwood R. Doty* for respondents.

Order affirmed, with costs, on opinion of SPRING, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.